Robert E. Wall (SBN 108114)
THE GRUNSKY LAW FIRM PC
240 Westgate Drive
Watsonville, CA 95076
Telephone (831)722-2444
Facsimile (831)722-6153
rewall@grunskylaw.com

Attorneys for Plaintiff, CSAA INSURANCE EXCHANGE

UNITED STATES DISTRICT COURT FOR

THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| CSAA INSURANCE EXCHANGE,<br><br>            Plaintiff,<br><br>     v.<br><br>ONE WORLD TECHNOLOGIES, INC., a Delaware corporation, HOME DEPOT U.S.A., INC., a Georgia corporation and DOES 1 through 50, inclusive,<br><br>            Defendant. | No.   2:21-cv-01532-MCE-DB<br><br>(Sacramento County Superior Court, Case No. 34-2021-00304477)<br><br>**STIPULATED REQUEST FOR DISMISSAL OF ACTION WITH PREJUDICE AND ORDER THEREON** |

    IT IS HEREBY STIPULATED, by and between Plaintiff CSAA INSURANCE EXCHANGE and Defendants TTI CONSUMER POWER TOOLS, INC. (erroneously sued as ONE WORLD TECHNOLOGIES, INC.) and HOME DEPOT U.S.A., INC. by and through their respective counsel of record, that the entire above-captioned action be dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, with each party to bear its own costs, attorney's fees and expenses.

- 1 -

*CSAA v. One World Technologies, Inc., et al.,* #2:21-cv-01532-MCE-DB
**STIPULATED REQUEST FOR DISMISSAL OF ACTION WITH PREJUDICE AND ORDER**

IT IS HEREBY SO AGREED.

Respectfully submitted,

DATED: May 10, 2021

THE GRUNSKY LAW FIRM PC

By: */s/ Robert E. Wall*
Robert E. Wall, Attorney for Plaintiff, CSAA INSURANCE EXCHANGE

DATED: May 10, 2021

RILEY SAFER HOLMES & CANCILA LLP

By: */s/ Jeffrey R. Williams*
Jeffrey R. Williams, Attorney for Defendants, TTI CONSUMER POWER TOOLS, INC. (erroneously sued as ONE WORLD TECHNOLOGIES, INC.) and HOME DEPOT U.S.A., INC.

## ORDER

IT IS HEREBY ORDERED that the Complaint and any and all claims for relief in the above-referenced matter, United States District Court, Eastern District of California, Sacramento Division Case No. 2:21-cv-01532-MCE-DB, are hereby dismissed with prejudice, with each party to bear its own costs, attorney's fees and expenses. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: May 23, 2022

_____
MORRISON C. ENGLAND, JR.
SENIOR UNITED STATES DISTRICT JUDGE

- 2 -

*CSAA v. One World Technologies, Inc., et al.,* #2:21-cv-01532-MCE-DB
**STIPULATED REQUEST FOR DISMISSAL OF ACTION WITH PREJUDICE AND ORDER**